AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED
2024 JAN 26 A 10: 31

DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| LUCAS LANDRY | ) Case No. 1:24-mj-00015-JCN |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Lucas Landry

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Arson, 18 U.S.C. § 844(i)

Date and time issued:   9:01 am, Jan 23 2024

City and state:   Bangor, ME

*Judge's signature*

John C Nivison  U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 1/23/24, and the person was arrested on (date) 1/26/24
at (city and state) Bangor, ME

Date: 1/26/24

*Arresting officer's signature*

Kevin Connelly
*Printed name and title*